No. 662. NUDELMAN, DIRECTOR OF FINANCE OF ILLINOIS, *v.* GLOBE VARNISH CO. February 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied for the want of jurisdiction. *Davis* v. *Preston,* 280 U. S. 406. *Messrs. John E. Cassidy,* Attorney General of Illinois, *Montgomery S. Winning, Edwin T. Breen, Eli J. Bibo,* and *Philip J. Simon,* Assistant Attorneys General, for petitioner. *Messrs. Thurlow G. Essington, Russell Whitman, William P. Sidley,* and *Hamilton K. Beebe* for respondent.

No. 187. RATH ET AL. *v.* CROSBY. February 10, 1941. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Messrs. Joseph A. Padway* and *Leonard J. Stern* for petitioners. *Messrs. Welles K. Stanley* and *Harry E. Smoyer* for respondent.

No. 685. KNIFFIN, TRUSTEE, *v.* STATE OF NEW YORK. February 10, 1941. Petition for writ of certiorari to the Court of Claims of the State of New York denied. *Mr. Lloyd B. Kanter* for petitioner. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, *Henry Epstein,* Solicitor General, and *James H. Glavin, Jr.,* Assistant Attorney General, for respondent.

No. 690. VAN GILDER *v.* AMERICAN SURETY CO. OF NEW YORK. February 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Joseph W. Planck* for petitioner.